UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
JOSEPH SMITH,

               Plaintiff,                   **JUDGMENT**
                                                        CV 18-3443 (GRB)(ARL)

  -against-

BROOKHAVEN SCIENCE ASSOCIATES, LLC,
d/b/a BROOKHAVEN NATIONAL
LABORATORY, INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL 2230, JOSEPH PAGANO, JOSEPH S.
TRIOLO, CHRIS J. TSCHINKEL, CHRIS LUONI,
and MICHAEL J. KEATING,

               Defendants.
---------------------------------------------------------------- X

      A Minute Order of Honorable Gary R. Brown, United States District Judge, having been filed on March 20, 2020; granting defendants' motions for summary judgment as to the claim of breach of the collective bargaining agreement against the employer and the claim of inadequate representation against the union; declining to exercise supplemental jurisdiction over the state law defamation claims and dismissing those claims without prejudice to refiling, if appropriate; and directing the Clerk to enter judgment and close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff Joseph Smith take nothing of defendants Brookhaven Science Associates, LLC, International Brotherhood of Electrical Workers Local 2230, Joseph Pagano, Joseph S. Triolo, Chris J. Tschinkel, Chris Luoni, and Michael J. Keating; that defendants' motions for summary judgment are granted as to the claim of breach of the collective bargaining agreement against the employer and the claim of inadequate representation against the union; that the Court declines to exercise supplemental jurisdiction over the state law

defamation claims and that those are claims dismissed without prejudice to refiling, if appropriate; and that this case is closed.

Dated: March 24, 2020
      Central Islip, New York

                                        DOUGLAS C. PALMER
                                        Clerk of the Court

                              By:    /s/ James J. Toritto
                                            Deputy Clerk