# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of July, two thousand twenty-one.

| | |
|---|---|
| Joseph Smith, | **STATEMENT OF COSTS** |
| Plaintiff - Appellant, | Docket No. 20-2262 |
| v. | |
| Brookhaven Science Associates, LLC, DBA Brookhaven National Laboratory, International Brotherhood of Electrical Workers-Local 2230, Chris Luoni, Chris Tschinkel, Joseph Triolo, Michael Keating, Joseph Pagano, | |
| Defendants - Appellees. | |

IT IS HEREBY ORDERED that costs are taxed in favor of the appellees in the following amounts:

International Brotherhood of Electrical Workers-Local 2230     $21.00
Brookhaven Science Associates, et al.     $50.35

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/20/2021